Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
P.O. Box 748
Cheyenne, WY 82003
307-637-5575
307-637-5515-fax

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORI JOHNSTON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No.<br>)  09-CV-168-D |
| MILLER INSULATION CO., INC.,<br>a North Dakota corporation, | )<br>)<br>) |
| Defendant. | ) |

### STIPULATED MOTION OF DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff herein, by and through her attorney, Cameron S. Walker and Defendant, Miller Insulation Co., Inc. a North Dakota Corporation, by and through its attorney, Julie Nye Tiedeken, McKellar, Tiedeken & Scoggin, LLC and jointly move and stipulate that an Order be entered dismissing the above-captioned action, with prejudice, each party to bear its own costs and attorneys' fees incurred herein, said action having been fully settled and compromised.

**DATED** this ___3___ day of ___Jan___, 201_1_.

1

_____
CAMERON S. WALKER
Wyoming Bar #5-1451
Schwartz, Bon, Walker & Studer, LLC
141 South Center Street, Suite 500
Casper, WY 82601-2588
*Attorney for Plaintiff*

_____
JULIE NYE TIEDEKEN
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
Cheyenne, WY 82001
*Attorney for Defendant*