FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN - 7 2011
4:00 PM
Stephan Harris, Clerk
Casper

Julie Nye Tiedeken
Wyoming Bar #5-1949
McKellar, Tiedeken & Scoggin, LLC
702 Randall Ave.
P.O. Box 748
Cheyenne, WY 82003
307-637-5575
307-637-5515-fax

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CORI JOHNSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 09-CV-168-D |
| MILLER INSULATION CO., INC., | ) |
| a North Dakota corporation, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the *Stipulated Motion for Dismissal With Prejudice* moving the Court to enter an Order dismissing the above-captioned action with prejudice, and the Court having reviewed the *Motion* of the parties, having reviewed the file herein, and being fully advised in the premises;

**NOW, THEREFORE, IT IS ORDERED** that the above-captioned action be, and the same hereby is, dismissed with prejudice, each party to bear its own attorneys' fees and costs incurred herein.

DATED this ___ day of _____, 2011.

3

_____
UNITED STATES DISTRICT COURT JUDGE

Approved as to form:

_____
Cameron S. Walker
*Attorney for Plaintiff*

_____
Julie Nye Tiedeken
*Attorney for Defendant*

4